IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 17 2014 ★

ORIGINAL BROOKLYN OFFICE

VITALIANO, J.
BLOOM, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiff

Radio Comix
Unknown Author of Pseudonym "Smudge" and/or "Garcia"

Defendant

COMPLAINT

CV 14          3810

I.    Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Radio Comix resides at 11765 West Ave. PMB 117, San Antonio TX 78216

II.    The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.

III.    In July 2009, Radio Comix and two pseudonymous authors published "The Bureau of Mana Investigation". They created a character that appears to be an anthropomorphic unicorn who wears shades and has blonde hair.

Please see:

http://www.radiocomix.com/bureau-of-mana-investigation/comic/bmi-issue-8-cover/

I created an anthropomorphic unicorn who wears shades and has blonde hair in 2003 (this character was named Pegasus) when I was a student at NYU. Furthermore, I submitted my work (The 0th Dimension, in which Pegasus is an important character) to a multitude of publishers in 2003 all the way up to 2007. The 0th Dimension was also published by FurNation in 2007.

I believe that Radio Comix copied my character Pegasus.

IV.    I am seeking $10,000,000 in damages from Radio Comix and the authors involved.

June 4, 2014

917-573-9453

COPYRIGHT 2004 KENNETH C. ENG

Species: Unicorn
Weapons: Spear, Javelin, Mutated Laser Cannon
Cosmic Element: Space



PEGASUS FLEETWIND

Species: Unicorn
Weapons: Spear, Javelin, Mutated Laser Cannon
Cosmic Element: Space

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)



# UNITED STATES DISTRICT COURT
### for the

Kenneth Ey
)    CV 14    )    3810
*Plaintiff/Petitioner*
)
)    Civil Action No.
v.
Radio Comix
)
*Defendant/Respondent*
)

RECEIVED
JUN 17 2014
PRO SE OFFICE

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:  **VITALIANO, J.**

N/A

**BLOOM, M.J.**

My gross pay or wages are:  $         0          , and my take-home pay or wages are:  $                    per

*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

SSD - $525/month

I was terminated in Dec 2013

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $  *less thn $ 1000*

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  June 14, 2014



Applicant's signature

Kenneth Ey
Printed name