UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

KENNETH ENG,

Plaintiff,

-against-

CAPTAIN BLUE HEN COMICS,

Defendant.

JUDGMENT
14-CV- 3631 (ENV)

-----------------------------------------------------X

KENNETH ENG,

Plaintiff,

-against-

MATT BURGER,

Defendant.

14-CV- 3632 (ENV)

-----------------------------------------------------X

KENNETH ENG,

Plaintiff,

-against-

RADIO COMIX; UNKNOWN AUTHOR OF PSEUDONYM "SMUDGE" and/or "GARCIA,"

Defendants.

14-CV- 3810 (ENV)

---------------------------------------------------------X

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on June 30, 2014, dismissing the three complaints, filed in forma pauperis, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim; dismissing Plaintiff's

**JUDGMENT** 14-CV3632 (ENV)

second and third complaints with prejudice; dismissing Plaintiff's first complaint without prejudice and with leave to replead, taking into account the analysis contained in the Court's Memorandum and Order; ordering that should Plaintiff decide to file an amended complaint, it shall be captioned "Amended Complaint," and shall bear the same docket number as the original, 14-CV-3631; advising Plaintiff that an amended complaint will completely replace the original complaint; further, ordering that if Plaintiff fails to timely file an amended complaint within 30 days of the Court's Memorandum and Order on the docket, his case will be dismissed, and final judgment entered for Defendant; warning Plaintiff that if he continue to file repeated frivolous complaints he may be subject to a filing injunction or the imposition of monetary sanctions upon notice and opportunity to be heard; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying in forma pauperis status for the purpose of an appeal; it is

ORDERED and ADJUDGED that Plaintiff's second and third complaints are dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that in forma pauperis status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
June 30, 2014

Douglas C. Palmer
Clerk of Court

by: */s/ Janet Hamilton*
Deputy Clerk